David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Michael P. Lavigne (SBN 216538)
lavignem@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorney for Defendant*
COLUMBIA DEBT RECOVERY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINCLAIR,<br><br>    Plaintiff,<br><br>    vs.<br><br>CSCDA COMMUNITY IMPROVEMENT AUTHORITY; GREYSTAR REAL ESTATE PARTNERS, LLC; OCEANAIRE APARTMENTS; COLUMBIA DEBT RECOVERY, LLC dba GENESIS, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Please take notice that defendant Columbia Debt Recovery, LLC ("Defendant") hereby removes this action from the Superior Court for the State of California, County of Los Angeles, South District to the United States District Court for the Central District of California.

1. Defendant is a party in a civil action brought against it in the Superior Court of California, County of Los Angeles, South District entitled: "PAUL SINCLAIR, Plaintiff, vs. COLUMBIA DEBT RECOVERY, LLC, Defendant, Case No. 25LBCV01960". A copy of the summons and complaint in that action is attached to this notice as Exhibit A and constitutes all process, pleadings, and orders served on Defendant in that action up to the present date.

2. On July 30, 2025, Columbia Debt Recovery, LLC was served with a Summons and Complaint. A copy of the Summons and Complaint is attached as Exhibit A collectively, and is incorporated by reference thereto. Part of the Summons provided with the Complaint served on Columbia Debt Recovery, LLC was delivered with a partially redacted "Additional Parties Attachment" to Summons. In addition, a certain Exhibit (page 40) has been redacted by Defendant, in this Federal filing.

3. The state court action commenced when it was delivered to Columbia Debt Recovery, LLC's representative on July 30, 2025. This notice of removal is filed within 30 days after service of process on Columbia Debt Recovery, LLC.

4. GREYSTAR REAL ESTATE PARTNERS, LLC has consented to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A). However, Columbia has made good faith efforts to discern who is representing these Defendants to seek out their consent for removal, but has been unable to locate counsel.

5. This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 because it includes a claim arising under the FDCPA and seeks damages for alleged violations of 15 U.S.C. § 1692, a law of the United States.

6. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this matter under 28 U.S.C. § 1331 and because this Court embraces the place where the State Court Action is pending.

Dated: August 27, 2025             CARLSON & MESSER LLP

*/s/ David J. Kaminski*
David J. Kaminski
Michael P. Lavigne
*Attorneys for Defendant*
*Columbia Debt Recovery, LLC*

## CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on August 27, 2025, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court by using the CM/ECF system.

Dated: August 27, 2025       */s/ David J. Kaminski*
David J. Kaminski

{00218112;1}

4