**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Jesse M. Maxwell, SBN 316645
  jmaxwell@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendants CSCDA
COMMUNITY IMPROVEMENT
AUTHORITY and OCEANAIRE
APARTMENTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINCLAIR,<br><br>              Plaintiff,<br><br>      vs.<br><br>CSCDA COMMUNITY IMPROVEMENT AUTHORITY; GREYSTAR REAL ESTATE PARTNERS, LLC; OCEANAIRE APARTMENTS; COLUMBIA DEBT RECOVERY, LLC dba GENESIS, and DOES 1 through 50, inclusive,<br><br>              Defendants. | **Case No. 2:25-cv-08116**<br><br>**DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT** |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants CSCDA COMMUNITY IMPROVEMENT AUTHORITY ("CSCDA") and erroneously named OCEANAIRE APARTMENTS ("Oceanaire") (collectively, "Defendant") answer the Complaint of Plaintiff PAUL SINCLAIR ("Plaintiff"). Oceanaire is merely the name of the subject property that CSCDA owns, and is not a standalone business entity.  If an averment is not specifically admitted, it is hereby denied.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4902-8277-2335.1

## I.    <u>INTRODUCTION</u>

1.    Answering Paragraph 1 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

2.    Answering Paragraph 2 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

## II.    <u>PARTIES</u>

3.    Answering Paragraph 3 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

4.    Answering Paragraph 4 of the Complaint, Defendant admits that CSCDA is a California public agency and a party in the underlying unlawful detainer action against Plaintiff.

5.    Answering Paragraph 5 of the Complaint, the allegations in this paragraph appear to be directed at GREYSTAR REAL ESTATE PARTNERS, LLC, to  which no response is required from this Defendant. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

6.    Answering Paragraph 6 of the Complaint, Oceanaire is merely the name of the subject property that CSCDA owns, and is not a standalone business entity.

7.    Answering Paragraph 7 of the Complaint, the allegations in this paragraph appear to be directed at COLUMBIA DEBT RECOVERY LLC

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

("Columbia") to which no response is required from this Defendant. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

8.      Answering Paragraph 8 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

9.      Answering Paragraph 9 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

### III.    JURISDICTION AND VENUE

10.      Answering Paragraph 10 of the Complaint, these allegations pertain to jurisdiction of the California Superior Court, and this matter is now in federal court; and thus, no response is required.  To the extent a response is deemed required, Defendant otherwise denies these claims in this paragraph in their entirety

11.      Answering Paragraph 11 of the Complaint, these allegations pertain to the venue of the Los Angeles Superior Court and this matter is now in federal court, and thus, no response is required.  To the extent a response is deemed required, Defendant otherwise denies these claims in this paragraph in their entirety.

### IV.    GENERAL ALLEGATIONS

12.      Answering Paragraph 12 of the Complaint, Defendant admits that Plaintiff entered into a Lease Contract, dated April 19, 2023, with CSCDA for the rental of a unit at the Premises.  As to any remaining allegations, Defendant denies.

13.      Answering Paragraph 13 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety

14.    Answering Paragraph 14 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

15.    Answering Paragraph 15 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

16.    Answering Paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

17.    Answering Paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

18.    Answering Paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

19.    Answering Paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

20.    Answering Paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

21.     Answering Paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

22.     Answering Paragraph 22 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

23.     Answering Paragraph 23 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

24.     Answering Paragraph 24 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

25.     Answering Paragraph 25 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

26.     Answering Paragraph 26 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

27.     Answering Paragraph 27 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

28.    Answering Paragraph 28 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

29.    Answering Paragraph 29 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis, Defendant denies the allegations in their entirety.

## **FIRST CAUSE OF ACTION**

## **VIOLATION OF CALIFORNIA CIVIL CODE § 1950.5**

(Against Defendants CSCDA, GREYSTAR, OCEANAIRE, and DOES 1-50)

30.    Answering Paragraph 30 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 29 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

31.    Answering Paragraph 31 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

32.    Answering Paragraph 32 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

33.    Answering Paragraph 33 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

34.     Answering Paragraph 34 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

35.     Answering Paragraph 35 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

36.     Answering Paragraph 36 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

37.     Answering Paragraph 37 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

38.     Answering Paragraph 38 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

39.     Answering Paragraph 39 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

40.     Answering Paragraph 40 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required.  To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## SECOND CAUSE OF ACTION

### BREACH OF THE IMPLIED WARRANTY OF HABITABILITY

(Against Defendants CSCDA, GREYSTAR, OCEANAIRE, and DOES 1-50)

41.    Answering Paragraph 41 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 40 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

42.    Answering Paragraph 42 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

43.    Answering Paragraph 43 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

44.    Answering Paragraph 44 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety, including the allegations contained in subparts (a)-(g).

45.    Answering Paragraph 45 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

46.    Answering Paragraph 46 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

1

**THIRD CAUSE OF ACTION**

2

**BREACH OF CONTRACT**

3

(Against Defendants CSCDA, GREYSTAR, OCEANAIRE, and DOES 1-50)

4

47.      Answering Paragraph 47 of the Complaint, Defendant incorporates by

5

reference its answers to paragraphs 1 through 46 as if set forth in full herein. To the

6

extent any facts are alleged, Defendant otherwise denies these claims in this

7

paragraph in their entirety.

8

48.      Answering Paragraph 48 of the Complaint, Defendant admits that

9

Plaintiff entered into a Lease Contract, dated April 19, 2023, with CSCDA for the

10

rental of a unit at the Premises.  Defendant denies that Plaintiff performed all

11

conditions, covenants, and promises required of him under the lease, as he failed to

12

pay the agreed upon rent, which was not excused or prevented by Defendant's

13

conduct.  The remaining allegations in this paragraph set forth nothing more than a

14

formulaic recitation of legal conclusions and labels to which no response is required.

15

To the extent any facts are alleged, Defendant otherwise denies the allegations in

16

this paragraph in their entirety.

17

49.      Answering Paragraph 49 of the Complaint, this paragraph sets forth

18

nothing more than a formulaic recitation of legal conclusions and labels to which no

19

response is required. To the extent any facts are alleged, Defendant otherwise denies

20

the allegations in this paragraph in their entirety, including the allegations contained

21

in subparts (a)-(f).

22

50.      Answering Paragraph 50 of the Complaint, this paragraph sets forth

23

nothing more than a formulaic recitation of legal conclusions and labels to which no

24

response is required. To the extent any facts are alleged, Defendant otherwise denies

25

the allegations in this paragraph in their entirety.

26

51.      Answering Paragraph 51 of the Complaint, this paragraph sets forth

27

nothing more than a formulaic recitation of legal conclusions and labels to which no

28

response is required.  To the extent any facts are alleged, Defendant otherwise

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

1  denies the allegations in this paragraph in their entirety.

2      52.    Answering Paragraph 52 of the Complaint, this paragraph sets forth

3  nothing more than a formulaic recitation of legal conclusions and labels to which no

4  response is required. To the extent any facts are alleged, Defendant otherwise denies

5  the allegations in this paragraph in their entirety.

6      53.    Answering Paragraph 53 of the Complaint, this paragraph sets forth

7  nothing more than a formulaic recitation of legal conclusions and labels to which no

8  response is required. To the extent any facts are alleged, Defendant otherwise denies

9  the allegations in this paragraph in their entirety.

10      54.    Answering Paragraph 54 of the Complaint, this paragraph sets forth

11  nothing more than a formulaic recitation of legal conclusions and labels to which no

12  response is required. To the extent any facts are alleged, Defendant otherwise denies

13  the allegations in this paragraph in their entirety.

14                          **FOURTH CAUSE OF ACTION**

15                          **RETALIATORY EVICITION**

16      (Against Defendants CSCDA, GREYSTAR, OCEANAIRE, and DOES 1-50)

17      55.    Answering Paragraph 55 of the Complaint, Defendant incorporates by

18  reference its answers to paragraphs 1 through 54 as if set forth in full herein. To the

19  extent any facts are alleged, Defendant otherwise denies these claims in this

20  paragraph in their entirety.

21      56.    Answering Paragraph 56 of the Complaint, this paragraph sets forth

22  nothing more than a formulaic recitation of legal conclusions and labels to which no

23  response is required. To the extent any facts are alleged, Defendant otherwise denies

24  the allegations in this paragraph in their entirety.

25      57.    Answering Paragraph 57 of the Complaint, this paragraph sets forth

26  nothing more than a formulaic recitation of legal conclusions and labels to which no

27  response is required. To the extent any facts are alleged, Defendant otherwise denies

28  the allegations in this paragraph in their entirety.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

58.     Answering Paragraph 58 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety, including the allegations contained in subparts (a)-(i).

59.     Answering Paragraph 59 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

60.     Answering Paragraph 60 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

61.     Answering Paragraph 61 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

## **FIFTH CAUSE OF ACTION**

### **UNFAIR BUSINESS PRACTICES**

### **(BUS. & PROF. CODE § 17200 ET SEQ.)**

(Against All Defendants and DOES 1-50)

62.     Answering Paragraph 62 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 61 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

63.     Answering Paragraph 63 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required.  To the extent any facts are alleged, Defendant otherwise

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

1    denies the allegations in this paragraph in their entirety.

2        64.    Answering Paragraph 64 of the Complaint, this paragraph sets forth

3    nothing more than a formulaic recitation of legal conclusions and labels to which no

4    response is required. To the extent any facts are alleged, Defendant otherwise denies

5    the allegations in this paragraph in their entirety, including the allegations contained

6    in subparts (a)-(i).

7        65.    Answering Paragraph 65 of the Complaint, this paragraph sets forth

8    nothing more than a formulaic recitation of legal conclusions and labels to which no

9    response is required. To the extent any facts are alleged, Defendant otherwise denies

10    the allegations in this paragraph in their entirety.

11        66.    Answering Paragraph 66 of the Complaint, this paragraph sets forth

12    nothing more than a formulaic recitation of legal conclusions and labels to which no

13    response is required. To the extent any facts are alleged, Defendant otherwise denies

14    the allegations in this paragraph in their entirety.

15                     **SIXTH CAUSE OF ACTION**

16    **VIOLATION OF FAIR DEBT COLLECTION PRACTICES (15 U.S.C.**

17                         **§ 1692 ET SEQ.)**

18              (Against Defendants GENESIS and DOES 1-50)

19        67.    Answering Paragraph 67 of the Complaint, Defendant incorporates by

20    reference its answers to paragraphs 1 through 66 as if set forth in full herein. To the

21    extent any facts are alleged, Defendant otherwise denies these claims in this

22    paragraph in their entirety.

23        68.    Answering Paragraph 68 of the Complaint, Plaintiff does not assert his

24    sixth cause of action against Defendant. Moreover, the allegations in Paragraph 68

25    of the Complaint are nothing more than a formulaic recitation of legal conclusions

26    and labels to which no response is required. To the extent a response is required,

27    Defendant otherwise denies the claims in this paragraph in their entirety.

28    / / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

69.    Answering Paragraph 69 of the Complaint, Plaintiff does not assert his sixth cause of action against Defendant. Moreover, the allegations in Paragraph 69 of the Complaint are nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent a response is required, Defendant otherwise denies the claims in this paragraph in their entirety.

70.    Answering Paragraph 70 of the Complaint, Plaintiff does not assert his sixth cause of action against Defendant. Moreover, the allegations in Paragraph 70 of the Complaint are nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent a response is required, Defendant otherwise denies the claims in this paragraph in their entirety.

71.    Answering Paragraph 71 of the Complaint, Plaintiff does not assert his sixth cause of action against Defendant. Moreover, the allegations in Paragraph 71 of the Complaint are nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent a response is required, Defendant otherwise denies the claims in this paragraph in their entirety.

## SEVENTH CAUSE OF ACTION

## VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (CAL. CIV. CODE § 1788 ET SEQ.)

(Against all Defendants and DOES 1-50)

72.    Answering Paragraph 72 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 71 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

73.    Answering Paragraph 73 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

74.    Answering Paragraph 74 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

75.    Answering Paragraph 75 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. However, Defendant denies that the alleged debt constitutes a consumer debt resulting from a consumer credit transaction.  To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

76.    Answering Paragraph 76 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety, including the allegations contained in subparts (a)-(c).

77.    Answering Paragraph 77 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

78.    Answering Paragraph 78 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4902-8277-2335.1

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## **EIGHT CAUSE OF ACTION**

### **VIOLATION OF CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT (CAL. CIV. CODE § 1785.1 ET SEQ.)**

(Against all Defendants and DOES 1-50)

79.     Answering Paragraph 79 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 78 as if set forth in full herein.  To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

80.     Answering Paragraph 80 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

81.     Answering Paragraph 81 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

82.     Answering Paragraph 82 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

83.     Answering Paragraph 83 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

84.     Answering Paragraph 84 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

## NINTH CAUSE OF ACTION

### NEGLIGENCE

(Against All Defendants and DOES 1-50)

85.    Answering Paragraph 85 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 84 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

86.    Answering Paragraph 86 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety, including the allegations contained in subparts (a)-(g).

87.    Answering Paragraph 87 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

88.    Answering Paragraph 88 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

## TENTH CAUSE OF ACTION

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(Against All Defendants and DOES 1-50)

89.    Answering Paragraph 89 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 88 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4902-8277-2335.1
DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS'
ANSWER TO COMPLAINT

90.     Answering Paragraph 90 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety, including the allegations contained in subparts (a)-(f).

91.     Answering Paragraph 91 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

92.     Answering Paragraph 92 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

93.     Answering Paragraph 93 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

94.     Answering Paragraph 94 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

95.     Answering Paragraph 95 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

/ / /

/ / /

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

-17-

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

# ELEVENTH CAUSE OF ACTION

## INVASION OF PRIVACY

(Against Defendants CSCDA, GREYSTAR, OCEANAIRE, and DOES 1-50)

96.     Answering Paragraph 96 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 95 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

97.     Answering Paragraph 97 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

98.     Answering Paragraph 98 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

99.     Answering Paragraph 99 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

100.    Answering Paragraph 100 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

101.    Answering Paragraph 101 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

/ / /

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

## TWELFTH CAUSE OF ACTION

### DECLARATORY RELIEF

(Against All Defendants and DOES 1-50)

102.    Answering Paragraph 102 of the Complaint, Defendant incorporates by reference its answers to paragraphs 1 through 101 as if set forth in full herein. To the extent any facts are alleged, Defendant otherwise denies these claims in this paragraph in their entirety.

103.    Answering Paragraph 103 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

104.    Answering Paragraph 104 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety, including the allegations contained in subparts (a)-(f).

105.    Answering Paragraph 105 of the Complaint, this paragraph sets forth nothing more than a formulaic recitation of legal conclusions and labels to which no response is required. To the extent any facts are alleged, Defendant otherwise denies the allegations in this paragraph in their entirety.

### PRAYER FOR RELIEF

106.    Answering Paragraph 106 of the Complaint, Paragraph 106 of the Complaint contains no allegations of fact, and as such, does not require an admission or denial. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief, either as requested in Paragraph 106 of the Complaint or otherwise.

107.    Answering Paragraph 107 of the Complaint, Paragraph 107 of the Complaint contains no allegation of fact, and as such, does not require an admission

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

1  or denial. To the extent a response is required, Defendant denies that Plaintiff is
2  entitled to any relief, either as requested in Paragraph 107 of the Complaint or
3  otherwise.

4  ## DEMAND FOR JURY TRIAL

5  108.   Answering Paragraph 108 of the Complaint, Paragraph 108 of the
6  Complaint contains no allegations of fact, and as such, does not require an
7  admission or denial. To the extent a response is required, Defendant denies that
8  Plaintiff is entitled to any relief, either as requested in Paragraph 108 of the
9  Complaint or otherwise.

10  109.   Answering Paragraph 109 of the Complaint, Paragraph 109 of the
11  Complaint contains no allegations of fact, and as such, does not require an
12  admission or denial. To the extent a response is required, Defendant denies that
13  Plaintiff is entitled to any relief, either as requested in Paragraph 109 of the
14  Complaint or otherwise.

15  ## AFFIRMATIVE DEFENSES

16  Defendants plead the following separate defenses.  Defendants reserve the
17  right to assert additional affirmative defenses that discovery indicates are proper.

18  ## FIRST AFFIRMATIVE DEFENSE

19  ### (Failure to State a Claim)

20  1.     As a separate and first affirmative defense to the Complaint, and to the
21  purported causes of action set forth therein, Defendant alleges that the Complaint
22  the Complaint fails to state facts sufficient to constitute a cause of action.

23  ## SECOND AFFIRMATIVE DEFENSE

24  ### (All Obligations Performed)

25  2.     As a separate and second affirmative defense to the Complaint and each
26  purported cause of action contained therein, Defendant alleges that Defendant has
27  fully and/or substantially performed any and all obligations it may have had to
28  Plaintiff.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4902-8277-2335.1

-20-

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ◆ FAX 949-377-3110

## THIRD AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

3.    As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's damages, if any, were caused by the negligence and/or acts or omissions of parties other than the Defendant, whether or not parties to this action.  By reason thereof, Plaintiff's damages, if any, as against the Defendant, must be reduced by the proportion of fault attributable to such other parties, and to the extent that this is necessary, Defendant may be entitled to partial indemnity from others on a comparative fault basis.

## FOURTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

4.    As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff, and/or the persons and/or entities acting on Plaintiff's behalf, assumed the risk of all conduct of the Plaintiff or his agents.

## FIFTH AFFIRMATIVE DEFENSE

### (Attorneys' Fees Barred)

5.    As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claim for attorneys' fees is bared by the provisions of California Code of Civil Procedure § 1021.

## SIXTH AFFIRMATIVE DEFENSE

### (Breach of Contract)

6.    As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that any obligations owed by it under any alleged contract were excused by Plaintiff's breach of the alleged contract.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## SEVENTH AFFIRMATIVE DEFENSE

### (Business Judgment)

7.     As a separate and seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the actions taken by Defendant were within the exercise of reasonable business judgment.

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

8.     As a separate and eighth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Complaint by the Plaintiff, and Plaintiff's agents, employees, representatives, relatives, heirs, assigns, attorneys, and/or any others acting on Plaintiff's behalf.  By reason thereof, Plaintiff is not entitled to damages or any other relief whatsoever as against Defendant.

## NINTH AFFIRMATIVE DEFENSE

### (Compliance with the Law)

9.     As a separate and ninth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the actions taken by Defendant were in full compliance with the law.

## TENTH AFFIRMATIVE DEFENSE

### (Consent)

10.     As a separate and tenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint because Plaintiff, and/or the persons and/or entities acting on his behalf, consented to and acquiesced in the subject conduct.

/ / /

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## ELEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

11.    As a separate and eleventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of estoppel.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure of Condition)

12.    As a separate and twelfth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that by virtue of the acts of the Plaintiff, and/or the persons and/or entities acting on his behalf, Plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint because of a failure of the Plaintiff, and/or the persons and/or entities acting on his behalf, to perform all or any conditions, whether precedent, concurrent and/or subsequent, covenants, and/or promises on their part to be performed as between the parties herein.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

13.    As a separate and thirteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims are barred because Plaintiff failed to exhaust his administrative remedies.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

14.    As a separate and fourteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims, if any, are barred for his failure, and/or the failure of the persons and/or entities acting on his behalf, to mitigate any purported damages.

/ / /

1

## FIFTEENTH AFFIRMATIVE DEFENSE

2

### (*In pari delicto*)

3     15.    As a separate and fifteenth affirmative defense to the Complaint and

4    each purported cause of action contained therein, Defendant alleges that the claims

5    therein are barred by the doctrine of *in pari delicto*.

6

## SIXTEENTH AFFIRMATIVE DEFENSE

7

### (Intervening and Superseding Cause)

8     16.    As a separate and sixteenth affirmative defense to the Complaint and

9    each purported cause of action contained therein, Defendant alleges that if Plaintiff

10   suffered or sustained any loss, damage or injury as alleged in the Complaint, such

11   loss, damage or injury was legally caused or contributed to by the negligence or

12   wrongful conduct of other parties, persons or entities, and that their negligence or

13   wrongful conduct was an intervening and superseding cause of the loss, damage or

14   injury of which Plaintiff complains.

15

## SEVENTEENTH AFFIRMATIVE DEFENSE

16

### (Justification/Excuse)

17    17.    As a separate and seventeenth affirmative defense to the Complaint and

18   each purported cause of action contained therein, Defendant alleges that by virtue of

19   the acts of the Plaintiff, and/or the persons and/or entities acting on his behalf,

20   Plaintiff is barred from prosecuting the purported causes of action set forth in the

21   Complaint because the acts and/or omissions alleged in the Complaint were justified

22   and/or excused.

23

## EIGHTEENTH AFFIRMATIVE DEFENSE

24

### (Laches)

25    18.    As a separate and eighteenth affirmative defense to the Complaint and

26   each purported cause of action contained therein, Defendant alleges that Plaintiff is

27   barred in whole or in part from prosecuting the purported causes of action set forth

28   in the Complaint by the doctrine of laches.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Deception)

19.    As a separate and nineteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the actions taken by it were not deceptive.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Lack of Standing)

20.    As a separate and twentieth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff lacks standing to prosecute the purported claims set forth in the Complaint.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Mistake)

21.    As a twenty-first separate and affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred from recovering on the claims in its Complaint on the grounds of mistake.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Contractual Relationship)

22.    As a separate and twenty-second affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that no contractual relationship exists between Plaintiff and Defendant and, therefore, Plaintiff's claims for breach of contract and breach of the implied covenant of good faith and fair dealing fails to state a claim upon which relief can be granted against said Defendant, insofar as Plaintiff purports to assert those claims against said Defendant.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (No Injury or Damage)

23.    As a separate and twenty-third affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

1  Plaintiff has not been injured or damaged as a proximate result of any act or

2  omission for which Defendant is responsible.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (No Malicious Intent)

24.    As a separate and twenty-fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Defendant did not act with malicious intent to deprive any person of any Constitutional right or to cause any other injury and therefore is not liable.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Offset)

25.    As a separate and twenty-fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that by virtue of the acts of the Plaintiff and/or the persons and/or the entities acting on Plaintiff's behalf, the Defendant has been damaged in an amount equal to or greater than the amount of damages, if any, to which Plaintiff might be entitled.  As a result, the Defendant is entitled to an offset against any sums found owing to the Defendant from Plaintiff.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Parol Evidence Rule)

26.    As a separate and twenty-sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims are barred by the parol evidence rule.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Performance Excused)

27.    As a separate and twenty-seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Defendant was excused from any performance due from it to Plaintiff under any of the alleged contracts.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Prior Material Breach)

28.    As a separate and twenty-eighth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the purported causes of action asserted in the Complaint are barred by reason of the prior material breach of the agreement or agreements by Plaintiff upon which he bases the Complaint.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Other Persons)

29.    As a separate and twenty-ninth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the damages alleged to have been suffered by Plaintiff in the Complaint were proximately caused or contributed to by acts or failures to act of persons other than this answering Defendant, which acts or failures to act constitute an intervening and superseding cause of the damages alleged in the Complaint.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Proximate Cause – Plaintiff)

30.    As a separate and thirtieth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the injuries and damages alleged in the Complaint by Plaintiff occurred, were proximately caused by and/or were contributed to by Plaintiff's own acts or failures to act and that Plaintiff's recovery, if any, should be reduced by an amount proportionate to the amount by which said acts caused or contributed to said alleged injury or damages.

/ / /
/ / /
/ / /
/ / /
/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Punitive Damages Barred)

31.    As a separate and thirty-first affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's alleged claim for punitive damages is barred by the provisions of California Civil Code Sections 3294 and 3295.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Punitive Damages Limited)

32.    As a separate and thirty-second affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that if Plaintiff produces clear and convincing evidence against Defendant sufficient to satisfy the requirements for punitive damages under California Civil Code, Section 3294, any punitive damages awarded must be reasonable in terms of the following guideposts set forth by the United States Supreme Court in *BMW of North America. Inc. v. Ira Gore. Jr.*: (1) the degree of reprehensibility of the Defendant's conduct; (2) the actual harm inflicted on Plaintiff; and (3) the civil or criminal penalties that could be imposed for comparable misconduct.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Ratification)

33.    As a separate and thirty-third affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that by virtue of the acts of the Plaintiff, and/or the persons and/or entities acting on his behalf, Plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint by the doctrine of ratification.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

34.    As a separate and thirty-fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

purported causes of action asserted in the Complaint are barred by such statutes of limitation as may be applicable, including, but not limited to, California Code of Civil Procedure Sections 335, 335.1, 336, 337, 338, 339, 340, 340.5, 340.9, 343, 344 and 474.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

35.    As a separate and thirty-fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of unclean hands.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

36.    As a separate and thirty-sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that as a result of his own acts and/or omissions, Plaintiff has waived any right which he may have had to recover, and/or is estopped from recovering, any relief sought against Defendant.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

As a separate and thirty-seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of waiver.

WHEREFORE, Defendant prays for relief as follows:

1.    That the Complaint be dismissed, with prejudice and in its entirety;

2.    That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendant;

3.    That Defendant be awarded their costs incurred in defending this

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

1  action;

2      4.      That Defendant be granted such other and further relief as the Court

3  may deem just and proper.

### COUNTERCLAIM

5      Pursuant to Federal Rules of Civil Procedure 13(a), Defendant asserts the

6  following Counterclaim against Plaintiff.

### JURISDICTION AND VENUE

8      1.      This Court has supplemental jurisdiction over this Counterclaim

9  pursuant to 28 U.S.C. § 1367 because this Counterclaim is compulsory under

10  Federal Rules of Civil Procedure 13(a)(1)(A) in that it arises out of the transaction

11  or occurrence that is the subject matter of the opposing party's claim.

12      2.      Venue is proper in the Central District of California pursuant to 28

13  U.S.C. § 1441(a) because Plaintiff's Complaint was filed in the Superior Court of

14  the State of California for the County of Los Angeles, and Columbia removed the

15  action to this Court based on a federal question.

### PARTIES

17      4.      CSCDA is a public agency created through the joint powers authority

18  in California that owns the property at 150 W. Ocean Boulevard, Long Beach, CA,

19  known as Oceanaire Apartments.

20      5.      Based upon information and belief, Plaintiff is an individual who, at all

21  relevant times herein, was a resident of Los Angeles County, California, and resided

22  at Oceanaire Apartments.

### GENERAL ALLEGATIONS

24      6.      Plaintiff entered into a Lease Contract, dated April 19, 2023, with

25  CSCDA for the rental of a unit at Oceanaire Apartments.

26      7.      Plaintiff agreed to pay rent of $3600 per month.

27      8.      Plaintiff failed to pay rent for seven.

28      9.      The amount due and owing from Plaintiff to CSCDA is $22,159.89.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

10.    At all relevant times, CSCDA complied with all applicable provisions of the Lease Contract.

## FIRST CAUSE OF ACTION: BREACH OF CONTRACT

11.    CSCDA hereby fully incorporates by reference the allegations in Paragraphs 1 – 10 above.

12.    Plaintiff and CSCDA were parties to a written contract, the Lease Contract.

13.    CSCDA performed all of its obligations under the Lease Contract.

14.    Plaintiff breached the Lease Contract by failing to pay the agreed upon rent totaling $22,159.89.

15.    As result of Plaintiff's breach of the Lease Contract, CSCDA has suffered damages in the amount of $22,159.89, plus interest, costs, and attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for relief as follows:

16.    That judgment be entered in favor of Defendant and against Plaintiff on all causes of action alleged herein;

17.    For compensatory damages and interest thereon accrued according to proof;

18.    That Defendant be awarded its attorney's fees and costs incurred herein; and

19.    For such other and further relief as this Court deems just, proper, and equitable.

/ / /

/ / /

/ / /

/ / /

/ / /

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ◆ FAX 949-377-3110

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

# **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 and Local Rule 38-2, CSCDA hereby demands a trial by jury for all issues herein.

DATED:  October 3, 2025          EVERETT DOREY LLP


By: _____
Seymour B. Everett, III
Samantha E. Dorey
Jesse M. Maxwell
Attorneys for Defendants CSCDA
COMMUNITY IMPROVEMENT
AUTHORITY and OCEANAIRE
APARTMENTS

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4902-8277-2335.1

-32-

DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT

File No. 1014-225

# PROOF OF SERVICE

## Sinclair, Paul v. CSCDA Community Improvement Auth, et al.
### Case No. 2:25-cv-08116

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On October 3, 2025, I served true copies of the following document(s) described as

**DEFENDANTS CSCDA COMMUNITY IMPROVEMENT AUTHORITY AND OCEANAIRE APARTMENTS' ANSWER TO COMPLAINT**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 3, 2025, at Irvine, California.

/s/ Lindsay Martinez
_____
Lindsay Martinez

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦ FAX 949-377-3110

4902-8277-2335.1

PROOF OF SERVICE