**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL SINCLAIR,<br>PLAINTIFF(S)<br>v.<br>CSCDA COMMUNITY IMPROVEMENT AUTHORITY, et al.,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 25-8116-GW-MBKx<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| October 3, 2025 | 20 | Defendants' Answer to Complaint |

**IT IS HEREBY ORDERED:**

- [x] The document is stricken
- [ ] The hearing date has been rescheduled to ____________ at ________.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [x] Other:

ECF No. 20 is stricken for the reason(s) stated in the Notice [ECF No. 21] filed on October 6, 2025.

Dated: October 6, 2025

By: [signature]
U.S. District Judge / ~~U.S. Magistrate Judge~~