UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-8116-GW-MBKx | Date | August 11, 2026 |
| Title | *Paul Sinclair v. CSCDA Community Improvement Authority, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On August 10, 2026, Plaintiff Paul Sinclair filed a Notice of Settlement and Joint Post-Mediation Status Report [47]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for October 15, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss - with a proposed order - is filed by noon on October 13, 2026.

:

Initials of Preparer JG